UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LESALDO SHALTO,

            Plaintiff,
-against-

OWM VERNON LLC d/b/a CORNER BISTRO
and ANZALONE PROPERTIES LLC,

            Defendants.

Case No. 19CV1009
**STIPULATION OF DISMISSAL**

    Plaintiff and defendant OWM VERNON LLC, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the voluntary dismissal of the above-captioned action as against defendant OWM VERNON LLC, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute but one and the same instrument.

Dated: November 11, 2019

Brach Eichler LLC

By: _____
Anthony M. Rainone, Esq.
101 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for Defendant
OWM Vernon LLC

_____
Donald J, Weiss, Esq.
363 Seventh Avenue
New York, NY 10001
Attorney for Plaintiff

8

Settlement Agreement OWM Final