UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
LESALDO SHALTO,

           Plaintiff,

-against-

OWM VERNON LLC d/b/a CORNER BISTRO and
ANZALONE PROPERTIES LLC,

           Defendants.

-----------------------------------------------------------------------

Case no. 19 CV 1009

STIPULATION OF
VOLUNTARY DISMISSAL

      Plaintiff and defendant, ANZALONE PROPERTIES LLC, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute but one and the same instrument.

Dated: March 17, 2020

_____
Karin Arróspide, Esq.
50 Main Street, Suite 1000
White Plains, NY 10606
Attorney for Defendant
ANZALONE PROPERTIES LLC

_____
Donald J, Weiss, Esq.
363 Seventh Avenue
New York, NY 10001
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
LESALDO SHALTO,

          Plaintiff,

-against-

OWM VERNON LLC d/b/a CORNER BISTRO and
ANZALONE PROPERTIES LLC,

          Defendants.
-----------------------------------------------------------------

Case no. 19 CV 1009

STIPULATION OF
VOLUNTARY DISMISSAL

    Plaintiff and defendant, ANZALONE PROPERTIES LLC, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute but one and the same instrument.

Dated: March 17, 2020

*Karin Arróspide*
_____
Karin Arróspide, Esq.
50 Main Street, Suite 1000
White Plains, NY 10606
Attorney for Defendant
ANZALONE PROPERTIES LLC

_____
Donald J, Weiss, Esq.
363 Seventh Avenue
New York, NY 10001
Attorney for Plaintiff